IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROLAND MORENO, Individually and RHONDA WHITE, Individually, and as mother and next friend of MORGAN MORENO, a minor and as Representatives of the Estate of MARSHALL MORENO, Deceased. Plaintiffs, | § § § § § § § § | CIVIL ACTION NO. 3:13-CV-4106-B |
| v. | § § | |
| OFFICER ALBERT SANCHEZ and CITY OF DALLAS, d/b/a DALLAS POLICE DEPARTMENT, Defendants. | § § § § | |

### AGREED FINAL JUDGMENT AND STIPULATION OF DISMISSAL WITH PREJUDICE AS TO THE CLAIMS BY AND AGAINST THE PLAINTIFFS ROLAND MORENO, RHONDA WHITE, MORGAN MORENO, AND THE ESTATE OF MARSHALL MORENO, DECEASED

The Plaintiffs Roland Moreno, Individually, Rhonda White, Individually and as Mother and Next Friend of Morgan Moreno, a minor,[1] and as Representatives of the Estate of Marshall Moreno, Deceased (the "Plaintiffs"), and the City of Dallas, Albert Sanchez, Jeffrey Debevec, Ryan Hales, and Francisco Nevarez (the "Defendants") (all collectively, "the Parties") agree to the entry of this Agreed Final Judgment.

The Plaintiffs stipulate that the Defendants did not violate any constitutional right of any Plaintiff in this action. The Parties further stipulate, as a condition of the agreed dismissal, that each party shall bear its own costs. The Parties further stipulate that the motion to compel and for sanctions filed by the Defendant Albert Sanchez will become moot upon entry of this agreed final judgment and stipulation of dismissal.

---

[1] Morgan Moreno is no longer a minor, as she has reached the age of 18 years. Rhonda White nonetheless remains as a party to the lawsuit, ostensibly suing on her own behalf.

Therefore, upon the stipulation and consent of the Parties, it is hereby ORDERED and ADJUDGED that:

1. Judgment is entered in favor of the Defendants and against the Plaintiffs. The Plaintiffs shall take nothing by their suit against the Defendants, and the Plaintiffs' claims are dismissed on the merits with prejudice.

2. The Defendants' counterclaims are dismissed with prejudice.

3. The Parties shall bear their own costs.

This is a final judgment that disposes of all remaining claims in this civil action.

SO ORDERED.

DATED ~~July~~ Aug. 23, 2016.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM AND CONTENT:

**WARD LEGAL GROUP, PLLC**
8111 Lyndon B. Johnson Frwy.
Gateway Tower Suite 395
Dallas, Texas 75251
(214) 736-1846 – Telephone
(214) 736-1833 – Facsimile

/s/ Lloyd E. Ward       [ w/ permission ]
Lloyd E. Ward, State Bar No. 20845100
Email: lward@lloydward.com
Wei (Angela) Xu, State Bar No. 24036614
Email: axu@lloydward.com

**ATTORNEYS FOR PLAINTIFFS
ROLAND MORENO, RHONDA WHITE,
MORGAN MORENO, AND THE ESTATE
OF MARSHALL MORENO, DECEASED**

APPROVED AS TO FORM AND CONTENT:

CITY ATTORNEY OF THE CITY OF DALLAS

Christopher D. Bowers
Interim City Attorney

Tatia R. Wilson
Senior Assistant City Attorney
Texas State Bar No. 00795793
tatia.wilson@dallascityhall.com

*s/ Jason G. Schuette*
Senior Assistant City Attorney
Texas State Bar No. 17827020
jason.schuette@dallascityhall.com

Stefani R. Williams
Senior Assistant City Attorney
Texas State Bar No. 24045316
stefani.williams@dallascityhall.com

7DN Dallas City Hall
1500 Marilla Street
Dallas, Texas  75201
Telephone:     214-670-3519
Facsimile:      214-670-0622

**ATTORNEYS FOR THE DEFENDANTS**

## CERTIFICATE OF SERVICE

I certify that on 07 July 2016, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorney of record who has consented in writing to accept this Notice as service of this document by electronic means:

William Chu
David Paulson
Law Offices of William Chu
4455 LBJ Freeway Suite 909
Dallas, Texas 75244
*Attorneys for the Plaintiff Rita Moreno*

Lloyd E. Ward
Ward Legal Group, PLLC
8111 Lyndon B. Johnson Freeway
Dallas, Texas 75251
*Attorneys for the Plaintiffs Roland Moreno,
Rhonda White, Morgan Moreno, and
the Estate Of Marshall Moreno, Deceased*

                                              *s/ J. G. Schuette*
                                              Senior Assistant City Attorney